123 A.3d 1059

Darius FOXE, Petitioner

v.

Honorable Judge Sandy L.V. BIRD, President Judge, Phila. County, Respondent.

No. 105 EM 2015.

Supreme Court of Pennsylvania.

Oct. 13, 2015.

### *ORDER*

PER CURIAM

**AND NOW,** this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

123 A.3d 1059

Samuel HARPER, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA CO.

No. 106 EM 2015.

Supreme Court of Pennsylvania.

Oct. 13, 2015.

### *ORDER*

PER CURIAM

**AND NOW,** this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**